EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                                                                                                                                      |                               |
|---------------------------------------------------------------------------------------------------------------------------------------------|-------------------------------|
| Receso administrativo del Programa de Educación Jurídica Continua del 26 de diciembre de 2018 al 4 de enero de 2019, y extensión de los términos | 2018 TSPR 192    201 DPR ____ |

Número del Caso: EM-2018-16

Fecha: 30 de noviembre de 2018

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Receso administrativo del
Programa de Educación Jurídica
Continua del 26 de diciembre
de 2018 al 4 de enero de 2019,
y extensión de los términos

EM-2018-16

RESOLUCIÓN

En San Juan, Puerto Rico, a 30 de noviembre de 2018.

Con el beneficio de la recomendación de la Directora Ejecutiva del Programa de Educación Jurídica Continua (Programa), Lcda. María C. Molinelli González, la Jueza Presidenta Oronoz Rodríguez autorizó un receso administrativo del Programa como medida de sana administración y control de gastos. El receso comprenderá desde el viernes, 21 de diciembre de 2018, a partir de las 5:00 p.m., hasta el viernes, 4 de enero de 2019. Las labores se reanudarán el martes, 8 de enero de 2019. Todo término dispuesto en el Reglamento del Programa de Educación Jurídica Continua que venza durante el referido receso administrativo, se extenderá hasta el viernes, 11 de enero de 2019.

Se ordena la inmediata difusión pública de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo